**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TAMARA GRIGORYAN,

        Plaintiff,

    v.

CAPITAL ONE FINANCIAL CORP.,

        Defendant.

CV 26-173 PA (RAOx)

JUDGMENT OF DISMISSAL

    Pursuant to the Court's April 7, 2026 Minute Order dismissing the claims filed by plaintiff Tamara Grigoryan ("Plaintiff") against defendant Capital One Financial Corporation ("Defendant") without leave to amend,

    It is HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint is dismissed without leave to amend and that this action is dismissed with prejudice.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing on her claims, and that Defendants shall have their costs of suit.

DATED: April 7, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE